### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:
    **RALPH T. ELLINGSWORTH**   : CHAPTER 7
    :
    : No. 20-13013-elf

### ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK :**

Kindly enter my appearance on behalf of Philadelphia Federal Credit Union in the above.

All parties shall serve notices directed to my client upon me at the address appearing below.

        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   /S/ William J. Levant, Esquire
      William J. Levant, Esquire
      **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
      910 Harvest Drive
      Post Office Box 3037
      Blue Bell, PA 19422
      (610)260-6000
      (610)684-2020 – Telecopier
      wlevant@kaplaw.com
      Counsel for Philadelphia Federal Credit Union

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

IN RE:

| | | |
|---|---|---|
| **RALPH T. ELLINGSWORTH** | : | CHAPTER 7 |
| | : | |
| | : | No. 20-13013-elf |

## CERTIFICATION OF SERVICE/MAILING

I, William J. Levant, Esq., hereby certify that on July 20, 2020, I did send a copy of the foregoing Entry of Appearance, via first class mail, postage prepaid (except as noted) to the following:

Robert H. Holber                                Served by ECF system
CHAPTER 7 TRUSTEE

Office of the U.S. Trustee                      Served by ECF system

Ralph T. Ellingsworth
1400 Pleasant Drive
Feasterville Trevose, PA 19053

Brad J. Sadek, Esquire                          Served by ECF system


**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    /S/ William J. Levant, Esquire
       William J. Levant, Esquire
       **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
       910 Harvest Drive
       Post Office Box 3037
       Blue Bell, PA 19422
       (610)260-6000
       (610)684-2020 – Telecopier
       wlevant@kaplaw.com
       Counsel for Philadelphia Federal Credit Union